UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN YUNG,

                         Plaintiff,

              -against-

PEOPLE OF NEW YORK,

                        Defendant.

24-CV-03605 (MMG)

**<u>ORDER</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024

MARGARET M. GARNETT, United States District Judge:

      The Clerk of Court is directed to open a new *pro se* civil action, using Dkt. Nos. 12 and 13 in this action as the initiating documents.  The Clerk is directed to terminate Dkt. No. 13.

      The Plaintiff is advised that because a new civil action is being opened with respect to Plaintiff's filings, the Court will no longer consider or address any further submissions filed on this docket.

Dated: July 3, 2024
      New York, New York

                         SO ORDERED.

                         MARGARET M. GARNETT
                         United States District Judge